IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED
JAN 03 2025
US DISTRICT COURT
MID DIST TENN

Gregory Ryan Webb
    Plaintiff(s),

v.

Jessica Danielle Hill, Josh Tollett,
Josh Tollett Masonry, Quality of life home health care
    Defendant(s).

Case Number _____

Judge _____

Magistrate Judge _____

42 U.S. 1983
(Type of Pleading)

I'm pro se. Jessica Danielle Hill and Josh Tollett of Crossville, TN conspired against me during their sexual affair behind my back in which Ms. Hill was attempting to trap me doing her home maintenance as her boyfriend while having hidden affairs that include married Josh Tollett. Ms. Hill and her office co-workers at Quality Of life Home Health care were allowed to stalk me through tracking and audio in which they were somehow paid to cover up or hide corruption I've clearly pointed out, and paid in conspiracy to kidnap my son. Josh Tollett paid himself and used his company work truck plus paid others through Josh Tollett masonry to hide or cover up conspiracy and corruption during late 2021 timeline. Josh Tollett paid himself to have sexual affair with Jessica Hill through certified payroll in State and

P9 1

Federal funded construction contracts. None of the four defendants had any legal authority over me or my vehicle or my phone. A private hacking or sabatage to my phone occurred to hide or cover up the Verizon Wireless hacking. All defendants acted through Cumberland County, TN Sheriff's dept. in real criminal conspiracy against me to delete and/or manipulate characters and timelines due to previous conspiracy in which this new conspiracy was to be blamed on my now ex-wife to erase corruption. Ms. Hill was ordered to harass me until gifted laptop was returned in which Ms. Hill knew the obstruction was a serious crime so Ms. Hill had my sister Melinda Webb destroy the laptop, which held timeline of late 2021, real estate commission complaints, and evidence on harddrive of another computer monitering that laptop gifted to me. Ms. Hill became serious burden against me after friending her co-worker Kim who shared/ shares her adderall with Ms. Hill. My medication I no longer consume or receive by choice kept coming up missing in which Ms. Hill and Kim Jenkins conspired in denying my right to medical. All defendants subjected me to their religious views in which they're all fake Christians denying my right to Religion. Defendants committed conspiracy to obstruct corruption I've pointed out to multiple federal authority plus the Tennessee Supreme Court. Ms. Hill "toyed" with me while the other defendants stalked me. pg 2

Defendants named in this case conspired to cover up the illegal removal from my home, my 12yr old sons kidnapping, the kidnapping then incarceration of myself, and the blackmail of a sitting Judge who died. I'm confirmed Domestic Violence victim through Avalon Center in which Defendants were humiliating me, tracking me down, and manipulating entrapments against me in which I name as a federal conspiracy. Ms. Hill somehow became aquainted with another previous stalker I had restraining order against named John Tyler Merchant. Ms. Hill's video of statements involving my evidence being hidden makes Ms. Hill guilty of knowing my evidence was purposely hidden which admits guilt to obstruction. Ms. Hill did the video in company of the same group who did this to me. Defendants violated my privacy at no end and committed burglaries to my truck plus conspiracy to vandalize. Whatever "game" the defendants participated in against me, I responded. Defendants are guilty of federal level crimes against me at no end and used me to piss off extremely powerful officials and officers of the Courts. Defendants stalked me in Illinois and Tennessee plus other state jurisdictions I purposely entered while illegally recording me while my 12yr old sons kidnapped. Defendants participated in sexual activities with each pg3

other and were somehow paid. Ms. Hill became extremely nervous when I confronted her in conspiracy she was committing against me. Ms. Hill became extremely nervous when I confronted her in regard to subpoena and U.S.D.C. filings. My sister held a much needed restraining order against Kim Jenkins in which Kim Jenkins was then allowed to stalk me, obstruct justice against me, commit conspiracy, and somehow participate in an illegal hacking against me through Quality Of Life home healthcare. The defendants have attempted to blackmail the domestic violence victim who had his 12yr old son kidnapped in which again, a magistrate died after being subjected to similar blackmail. All defendants acted in their official and individual capacities also allowing the time stalking me to be written off through the business's they work for. Ms. Hill and defendants are affiliated with local law enforcement and the lower courts preventing accountability at the lower level. Ms. Hill was targeted in my lower level case(s) by 13th District and Cumberland County, TN officials to ruin my life and help kidnap my son in which Ms. Hill had fun doing it. Defendants denied me equal protection in extreme ways and laughed at me. Kim Jenkins used what she learned against me then stalked my sister again as bi-sexual using adderall to attract. pg4

Relief Requested: $250,000,000

2. All defendants stop stalking me and stay AWAY from me.

3. Imediately terminate Employment of Kim Jenkins

4. For Defendants to understand their crimes against me are extremely serious.

Respectfully Submitted,
Gregory Ryan Webb
C/o 329 E. Tanner
C/o Waverly, IL 62692

pg 5

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Gregory Ryan Webb )
    Plaintiff(s), )  Case Number _____
)
v. )  Judge _____
)
Jessica Danielle Hill, Josh Tollett, )  Magistrate Judge _____
    Defendant(s). )
Quality of Life Home Health,
Josh Tollett Masonry    42 U.S. 1983
_____
(Type of Pleading)

Jessica Danielle Hill, Josh Tollett, Quality of Life Home Health, and Josh Tollett Masonry, acted through color of state law and through state actors that include Cumberland County, TN Sheriff's Dept. Conspiracy occurred against me in which related case(s) before this Court are leading to fact of corruption occurring against me in which related cases(s) are at their interrogatory "stage" under Civ Rule 33.01. Josh Tollett and Jessica Danielle Hill had sexual affair in which Mr. Tollett was my employer at that time during 2022. Ms. Hill was manipulated into obstructing justice by destroying a laptop holding a legal timeline in which Ms. Hill knew it was illegal due to fact Ms. Hill manipulated my sister into destroying the laptop under Ms. Hill's supervision.

Ms. Hill and her co-workers at Quality Of Life Health were somehow tracking me, stalking me, and harassing me in which Mr. Tollett did the same during both 2022 and 2023 that includes the Nashville, TN area, Crossville, TN and Rhea County, TN. Ms. Hill and Quality of Life Health were manipulated into a conspiracy to erase characters from previous conspiracy during a 2021 timeline. The seriousness of Mr. Tollett and Tollett Masonry deleting this timeline includes excessive force, kidnapping, and felony murder of Honorable Judge Larry Warner. After Ms. Hill and Quality of Life Health realized the level of this corruption, they helped "attacking" me for Cumberland County, TN Deputies who committed conspiracy for Ivy Mayberry, who's Mr. Tollett's cousin. Deputy Alverez is also Mr. Tollett's and Mayberry's cousin. Ms. Hill and Quality of Life were helping create a new conspiracy to blame on my ex-wife in which they participated. I've attempted protective order against Ms. Hill in which Ms. Hill is professional photographer specializing in editing. Mr. Tollett, Tollett Masonry, Ms. Hill, and Quality Of life health do not have any authority over me, absolutely no power of attorney, in which Ms. Hill, her co-worker(s), and Mr. Tollett committed conspiracy and burglaries to my truck, and conspired in vandalism(s) to my truck

during their sexual affair or adultry, in which Mr. Tollett is married. Ms. Hill has refused certified mail in relation to two United States District Court Cases. I attempted to physically serve Ms. Hill United States District Court legal documents during May of 2024. I also attempted legal "good faith" resolution with Ms. Hill under LRCivIP 37.01(a) in which Ms. Hill fears federal charges to stalking me in which I'm documented male domestic violence victim. Ms. Hill fears U.S.D.C. litigation in which Ms. Hill destroyed legal timeline in relation to Judge Warner's death. Ms. Hill stalked me through an illegal hacking of my phone in which Ms. Hill recognized U.S.D.C. order filed by U.S.D.C. Clerk in regard to Honorable District Court Judge Aleta A. Trauger, Protective Order(s), and a citation that includes a photographer, in which Ms. Hill is a photographer. After two laptops of mine were destroyed that includes one by Ms. Hills Order, I submitted my third laptop to the Springfield, IL FBI before someone else was manipulated into destroying it also. Ms. Hill was manipulated, paid, and sexually targeted plus blackmailed into committing conspiracy against me and using Rhea County resources into justifying her and Mr. Tollett's actions against me.

All defendants acted in both their individual and official capacities against me manipulating the lower courts and Rhea county law enforcement. Mayberry and Bryant are architects to this conspiracy to detour all from 2021 timeline in which Mayberry hid my evidence, entrapped a judge, then attempted to blackmail the judge that ended in the Judges death. I hold judicial notices for felonies against me issued by Tennessee Supreme Court Appellate Judge that include Aggravated Perjury, and the tampering through a destroyed laptop. All defendants are in violations against me that include my Fourteenth Amendment rights to my Liberty, My right to privacy, and equal protection clause to the U.S. Constitution. Defendants are in violations against me under U.S. Code §241 - Conspiracy against rights and U.S. Code §1512 - tampering with witness, victim. Defendants are hiding conspiracy against me under 18 U.S. Code § 1201 - Kidnapping. Defendants are directly involved with the theft of my mail preventing my knowledge of Order mailed by U.S.D.C. Clerk/Court that named Ms. Hill in U.S.D.C. Complaint. Ms. Hill and her co-worker Kim Jenkins committed burglary(s) to my truck steal my previous prescription in which I stopped the prescription by choice as of June 2024 due to thefts.

All defendants committed crimes against me under 42 USC § 12203 and/or 18 U.S.C. § 1513 retaliation that includes my loss of employment in which Ms. Hill told me I was losing my job two months before I lost my job. I caught Mr. Tollett and Ms. Hill/co-workers tracking location of my phone and/or truck more than one time. Ms. Hill and defendant(s) are attempting to make me appear stalker or abuser when the opposite is true. My phone has been hacked, my social media has been hacked at no end, in which complication of federal protective orders have only failed only due to my ignorance of complication to application for protective order(s) through the U.S.D.C. I'm suffering a kidnapping in which I was blamed for a judges death. The motives against me are endless.

Relief Requested: $250,000,000
 Appointed Attorney for protective orders
 Any relief this Court deems appropriate
And for this Court to know fact I would never hurt defendant(s) nor would I ever "date" Ms. Hill due to her 2022 sexual affair with Mr. Tollett and Defendent(s) conspiring to hide felony murder against a sitting judge.

Respectfully Submitted
Gregory Ryan Webb      12/17/24

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) 42 U.S. 1983
has been served on:

(Name) U.S.D.C./Clerk
(Address) 719 Church Street
(Address) Nashville, TN 37203

(Name) From: Gregory, Ryan Webb
(Address) c/o 329 E. Tanner
(Address) c/o Waverly, IL 62692

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

on the 24 day of December, 2024.

Gregory Ryan Webb
Signature

C/o Gregory Ryan Webb
C/o 329 E. Tanner
C/o Waverly, IL 62692

RECEIVED
JAN 03 2025
US DISTRICT COURT
MID DIST TENN

U.S.D.C. Clerk
719 Church Street
Nashville, TN 37203



US POSTAGE IMI  892041224233301  2000393075
$7.16
SSK
FCM
12/24/24  Mailed from 62704  028W2312043

**USPS FIRST-CLASS MAIL®**

GREGORY R WEBB
329 E TANNER
WAVERLY IL 62692

3.50 oz
**RDC 99**

C019

SHIP TO:
USDC CLERK
COURT
719 CHURCH ST
NASHVILLE TN 37203-7094



USPS CERTIFIED MAIL®

9507 1066 3471 4359 1457 49

