IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GREGORY RYAN WEBB | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:25-cv-00019 |
| | ) |
| JESSICA DANIELLE HILL, JOSH | ) Judge Aleta A. Trauger |
| TOLLETT, JOSH TOLLETT MASONRY, | ) |
| QUALITY OF LIFE HEALTHCARE | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

Defendants Josh Tollet ("Mr. Tollet") and Josh Tollett Masonry ("JTM"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6) move to dismiss Plaintiff Gregory Ryan Webb's (the "Plaintiff") Complaint, with prejudice, for failure to state a claim upon which relief can be granted.

As argued more fully in the Memorandum of Law filed contemporaneously herewith, Plaintiff's claims of stalking, conversion, denial of right to religion, kidnapping, burglary, denial of equal protection, harassment, violation of his right to privacy, and wrongful termination do not any allege any specific conduct on behalf of Mr. Tollett or JTM. "It is a basic pleading essential that a plaintiff attribute factual allegations to particular defendants. Where a person is named as a defendant without an allegation of specific conduct, the complaint is subject to dismissal as to that defendant, even under the liberal construction afforded to pro se complaints."[1] Not only do many

---

[1] *Webb v. Republican Party of Cumberland Cnty.*, 2024 U.S. Dist. LEXIS 180932, at *11 *(citing Green v. Correct Care Sols.*, No. 3:14-cv-01070, 2014 U.S. Dist. LEXIS 63021, 2014 WL 1806997, at *4 (M.D. Tenn. May 7, 2014) (citing cases)).

of Plaintiff's allegations fail to give rise to a civil claim, but they are also lacking factual context and should be dismissed under Rule 12.

WHEREFORE, Defendants Josh Tollett and Josh Tollett Masonry respectfully ask this Court to dismiss Plaintiff Gregory Ryan Webb's Complaint, with prejudice, for failure to state a claim upon which relief can be granted.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: /s/ *Peter Robison*
    Peter C. Robison, BPR #27498
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1366
    probison@lewisthomason.com

*Attorney for Defendant Josh Tollett Masonry*

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the foregoing MOTION TO DISMISS has been served on the following:

| | |
|---|---|
| ☐ Hand<br>☒ Mail<br>☐ Fax<br>☐ Fed X<br>☐ Email | Gregory Ryan Webb<br>329 E. Tanner<br>Waverly, IL 62692 |

This the 25th day of April 2025.

/s/ *Peter Robison*
Peter Robison