Office of the
CLERK OF COURT



615-736-5498

**RECEIVED**

MAY 09 2025

US DISTRICT COURT
MID DIST TENN

## CONSENT TO ELECTRONIC SERVICE

Case No. **3:25-cv-00019**     Print Full Name: **Gregory Ryan Webb**

I consent to receive electronic service of all documents filed in this case via the Court's Electronic Case Management (ECF) system.

All notices and electronic filings for the above-captioned case(s) should be sent to me at the email address below.

I understand that I will no longer receive paper copies of any documents issued by the court or electronically filed by other parties to this case.

I understand that this consent applies only to the case listed above, and that if I file additional cases in which I would like to receive electronic service of documents, I must file a consent form in each case.

I understand that I will receive a notice of electronic filing by e-mail when the court enters an order, or when a party files a document through CM/ECF. Upon receipt of the notice of electronic filing by e-mail, I will be permitted one "free look" at the filed document by clicking on the hyperlinked document number, and I must download the document to my own files to access it again without charge. I understand that one 'free look' and opportunity to download the document will expire 14 days from the date the notice was sent.

If my email address changes, I must promptly notify the Clerk in writing of my new email address. It is my responsibility to ensure that the Court has my correct email address so that I receive all filings in a timely manner.

I must promptly notify the Clerk in writing if I want to withdraw my consent to electronic service. I understand that withdrawal of consent will be effective as of the date and time the notice is docketed in my case.

Date: **04/27/25**     Signature: **Gregory Ryan Webb**

Telephone: **865-297-6641**     E-mail Address: **ryan190023@gmail.com**

Mailing Address: **c/o 329 E. Tanner St., Waverly, IL 62692**

# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration

*Insurance does not cover certain items. For details regarding Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for avail.

## MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL U

RECEIVED
MAY 0 9 2025
US DISTRICT COURT
MID DIST TENN

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE.

Retail
US POSTAGE PAID
$4.43
Origin: 62704
05/05/25
1674190608-11

PRIORITY MAIL®

4 Lb 0.70 Oz
RDC 03

EXPECTED DELIVERY DAY: 05/08/25

C019

SHIP TO:
719 CHURCH ST
NASHVILLE TN 37203-7094

USPS TRACKING® #

9505 5115 1253 5125 9209 25

FROM: Gregory Ryan Webb
c/o 329 E. Tanner
Waverly, IL
62692

TO:
U.S.D.C./Clerk
719 Church Street
Nashville, TN
37203

## TRACKED ■ INSURED

PS00000133100    EP14 July 2022
                 OD: 15 x 11.625

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

DuPont™ Tyvek®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



TRACKED ▪ INSURED

USPS.COM/PICKUP

To schedule free Package Pickup,
scan the QR code.

MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL USE

UNITED STATES
POSTAL SERVICE®  |  PRIORITY®
                    MAIL

INSPECTED BY: _____
DATE: 05/05/25