UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Gregory Ryan Webb

                           Plaintiff,

v.                                            Case No.: 3:25−cv−00019

Jessica Danielle Hill, et al.

                           Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/25/2025 re [11].

                                                                  Lynda M. Hill
                                         s/ Megan Gregory, Deputy Clerk